JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK JOHNSON,<br><br>               Plaintiff,<br><br>    v.<br><br>CITY OF MORRO BAY, a municipal entity;<br>WILL MARVOS, an individual;<br>JEREMY PAINTER, an individual:<br>Unknown officers and personnel of the Morro Bay Police Department; and,<br>DOES 1-10, inclusive,<br><br>               Defendants. | Case No.: 2:20-cv-05178-SVW-GJS<br><br>**ORDER RE: DISMISSAL OF CLAIMS AND ENTRY OF JUDGMENT**<br><br>Trial Date: July 27, 2021<br>Pre-Trial Conf.: July 19, 2021 |

**[PROPOSED] ORDER RE:
DISMISSAL OF CLAIMS AND ENTRY OF JUDGMENT**

The Court, having considered the parties' Stipulation re: Dismissal of Claims and Entry of Judgment filed concurrently herewith, and for good cause showing, hereby orders as follows:

1.      The stipulation of the parties is adopted as the order of the Court.

2.      Plaintiff's Third, Fourth, Fifth and Sixth Causes of Action in the First Amended Complaint are dismissed with prejudice.

3.      Judgment shall be entered in favor of Defendants forthwith.

4.      Defendants are the prevailing parties and are entitled to recover their costs.

SO ORDERED.

DATED: June 4, 2021

_____
Hon. STEPHEN V. WILSON
United States District Judge

**[PROPOSED] ORDER RE:**
**DISMISSAL OF CLAIMS AND ENTRY OF JUDGMENT**